**Linda ARNDT, Appellant,**

v.

**Harold ARNDT, Respondent.**

No. WD 62480.

Missouri Court of Appeals,
Western District.

April 13, 2004.

Michael Joseph Gunter, Kansas City, for Appellant.

William Edgar Shull, Jr., Liberty, for Respondent.

Before LISA WHITE HARDWICK, Presiding Judge, PAUL M. SPINDEN, Judge, and THOMAS H. NEWTON, Judge.

**ORDER**

Linda Arndt appeals the circuit court's judgment dissolving her marriage and awarding her $150 a month in maintenance. We affirm. Rule 84.16(b).